# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AURA MCCLAIN,<br><br>　　　　　　　Plaintiff,<br>vs.<br><br>FIRST MORTGAGE CORPORATION; HACIENDASERVICE CORPORATION; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; CITIMORTGAGE, INC.; CR TITLE SERVICES, INC.; FIRST AMERICAN TITLE INSURANCE COMPANY; NATIONSTAR MORTGAGE, LLC; NBS DEAULT SERVICES, LLC; LPS DEFAULT TITLE & CLOSING; and DOES 1-10,<br><br>　　　　　　　Defendants. | SACV 15-00002-JLS (RNBx)<br><br>**JUDGMENT** |

On March 10, 2015 and March 25, 2015, the Court granted as unopposed the Motions to Dismiss filed by the various Defendants in this action (Motions to Dismiss, Docs. 8, 12, 15, 17, 19, 23; Dismissal Orders, Docs. 20, 24.) Each Dismissal Order specified that Plaintiff had 21 days from the date of the Dismissal Order to file any Motion for Leave to File an Amended Complaint or the case would be administratively closed and judgment entered in favor of Defendants. (Dismissal Orders.) Plaintiff failed to file any Motion for Leave to File an Amended Complaint within the allotted time.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that Judgment is hereby entered in favor of Defendants against Plaintiff. Plaintiff shall recover nothing by way of her Complaint against Defendants.

As the prevailing parties, Defendants are entitled to their costs.

**IT IS SO ORDERED.**

DATED: April 27, 2015                    _____
                                         HON. JOSEPHINE L. STATON
                                         UNITED STATES DISTRICT JUDGE